### 72515. ADAMS et al. v. CITY OF ATLANTA et al.
(354 SE2d 214)

SOGNIER, Judge.

In *City of Atlanta v. Adams,* 256 Ga. 620 (351 SE2d 444) (1987), the Supreme Court reversed the judgment of this court in *Adams v. City of Atlanta,* 179 Ga. App. 719 (347 SE2d 647) (1986). Accordingly, our judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, C. J., and Banke, P. J., concur.*

DECIDED FEBRUARY 12, 1987.

*Robert H. Walling, Bettye H. Kehrer,* for appellants.
*Marva Jones Brooks, Malcolm J. Hall, Robin S. Phillips,* for appellees.